[No. 31355-0-I. Division One. December 13, 1993.]

PAT O'DAY, ET AL, *Appellants*, v. OFFICE OF HEARING EXAMINER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-04604-1, Patricia H. Aitken, J., entered August 12, 1992. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, C.J., and Coleman, J.

[No. 30992-7-I. Division One. December 13, 1993.]

B. JOHN KUNTHARA, ET AL, *Respondents*, v. PHILIP M. DUFFY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-02492-8, James H. Allendoerfer, J., entered May 26, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Forrest, J.

[No. 27904-1-I. Division One. December 13, 1993.]

VERN WILLIAMSON, ET AL, *Appellants*, v. MARILLA MAHONEY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-2-00894-3, David A. Nichols, J., entered February 7, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Forrest, JJ.